```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/5/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA MONTANINO,

                        Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD COMPANY,

                        Defendant.

19 Civ. 10863 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for June 15, 2020, at 1:00 p.m., is RESCHEDULED to **June 15, 2020, at 11:20 a.m.** The conference shall proceed telephonically. The parties are directed to each call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: June 5, 2020
         New York, New York

                                                  ANALISA TORRES
                                             United States District Judge