UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LINDA MONTANINO,

                     Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2020_

19 Civ. 10863 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 28, 2020, the Court ordered the parties to submit a joint status letter by June 8, 2020, is advance of the case management conference scheduled for June 15, 2020. Case Management Plan and Scheduling Order ¶ 16, ECF No. 14. That submission is now overdue. Accordingly, it is ORDERED that by **June 10, 2020**, the parties shall submit their joint status letter.

      SO ORDERED.

Dated: June 9, 2020
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge